**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Detroit)**

In re:  Chapter 13 No. 18-55881-pjs
Mary A. Krutsch
        Debtor.  Hon. Phillip J. Shefferly
_____/

## OBJECTIONS TO CONFIRMATION

NOW COMES Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R11, by and through its attorneys, Trott Law, P.C., and hereby Objects to Confirmation as follows:

1. That Creditor is a holder of a mortgage on real property owned by the debtor(s) and located at 1702 W Washington Ave, Jackson, MI 49203-1439;

2. That the mortgage is in material default pursuant to the Creditor's records.

3. That the Debtor's Plan of Reorganization proposes to pay Creditor a regular monthly payment of $530.00 and a pre-petition arrearage of $10,000.00 at the rate of $217.39 per month over 46 months;

4. That according to Creditor's records, Creditor must receive the regular monthly payment of $485.60 plus a pre-petition arrearage of approximately $15,560.68 at the rate of at least $432.24 per month in order for the arrearage to be cured within a reasonable length of time, 36 months;

5. That the Debtor's proposed Plan of Reorganization understates the pre-petition arrearage and the monthly payment on the pre-petition arrearage;

6. That the Debtor's Plan of Reorganization proposes an unreasonable length of time to cure the pre-petition arrearage, 46 months;

7. That the debtor's proposed Plan of Reorganization is underfunded;

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

WHEREFORE, Creditor prays that Confirmation be denied.

Respectfully Submitted,
Trott Law, P.C.

Dated: December 28, 2018

*Rose Merithew*
/S/ Rose Merithew (P73319)
Attorney for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R11
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

Trott #477409B04

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628