IN RE:
MARY A KRUTSCH,

DEBTOR.
_____/

CHAPTER 13

CASE NO. 18-55881-PJS
JUDGE PHILLIP J SHEFFERLY

## ORDER DISMISSING CHAPTER 13 CASE

This matter having come on for hearing before the Court with

due notice having been provided, and after reviewing the Court's file

and those representations made on the record, the Court finds it

appropriate to enter this Order based upon one of the following

paragraphs so indicated:

☒ An oral motion to dismiss by the Chapter 13 Trustee, made

on the record, and not opposed by the Debtor who were

present personally or by counsel.

IT IS HEREBY ORDERED that the within case is dismissed and the

automatic stays issued pursuant to 11 U.S.C.

§ 362 and 1301 are hereby terminated;

Page 1 of 2

IT IS FURTHER ORDERED that the Clerk's Office shall immediately

provide notice of the entry of this Order to all interested parties and

the attorney for the Debtor, if any;

IT IS FURTHER ORDERED that KRISPEN S. CARROLL, TRUSTEE, is discharged

as Trustee and the Trustee and her surety are released from any and

all liability on account of the within proceedings;

/s/ Krispen S Carroll

Krispen S. Carroll (P49817)

Margaret Conti Schmidt (P42945)

Maria Gotsis (P67107)

Chapter 13 Trustee

719 Griswold St., Ste 1100

Detroit, MI 48226

(313) 962-5035

notice@det13ksc.com

**Signed on February 09, 2019**



/s/ Phillip J. Shefferly

**Phillip J. Shefferly**
**United States Bankruptcy Judge**