# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Mary A. Krutsch                                Chapter 13

                                                         Case Number: 18-55881

                                                         Judge Phillip Shefferly

        Debtor

_____/

## AFFIDAVIT

STATE OF MICHIGAN      )
                                    )SS
COUNTY OF WASHTENAW  )

    I, Mary A. Krutsch being first duly sworn and deposed, state:

1. I reside at 1702 Washington Avenue, Jackson, MI 49203.

2. I filed a Chapter 13 Bankruptcy on November 27, 2018.

3  I am disabled and my main sources of income are from social security and a widow's benefit.

Date  March 6, 2019                    Signature  /s/ Mary A. Krutsch
                                                                           Mary A. Krutsch

Subscribed and sworn to before me this 6th day of March, 2019.

Signature  /s/ Kimberly D. Justice

    Notary Public – State of Michigan
    My Commission Expires 4-24-22
    Acting in Washtenaw County