UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION–DETROIT

IN RE:
MARY A KRUTSCH,
  DEBTOR.
_____/

CHAPTER 13

CASE NO. 18-55881-PJS
JUDGE PHILLIP J SHEFFERLY

## ORDER ADJOURNING HEARING

This matter having come on for hearing on 4/16/19, regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    Confirmation of Plan.

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY ORDERED** that *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    The above referenced matter is adjourned to 6/11/19 at 9:00 a.m.

☒ Money order #7433 for $1300 to post by 4/29/19.

☒ Debtor shall file and serve amended schedules to address discrepancy in 2016(b) and plan amendments by 4/29/19.

☒ Debtor shall be 100% in plan payments from hearing to hearing.

☒ Debtor shall remit 2018 tax return, Walmart stock and other documents (lawsuit if available) must be delivered by 4/29/19.

**IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

/s/ Krispen S. Carroll
Krispen S. Carroll (P49817)
Chapter 13 Trustee
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold St., Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

/s/ Alex Berry-Santoro
Alex Berry-Santoro (P81545)
Attorney for Debtor
BABUT LAW OFFICES PLLC
700 TOWNER STE 1
YPSILANTI, MI 48198-5757
(734) 485-7000
wbabut@babutlaw.com

**Signed on April 19, 2019**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge